# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Alexander K. Finlan, a single man,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Herman Manuel Sedillo, as an individual and as an employee of the United States Department of Agriculture's Food Safety and Inspection Service; the United States Department of Agriculture, a department of the United States,<br>　　　　　　　　　　Defendants. | Case No.: 2:20-cv-00005-JCC<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I deposited in the United State Post Office, postage prepaid, a copy of the Summons in a Civil Action and the Complaint for a Civil Case Alleging Negligence and Seeking Personal Injury Damages (28 U.S.C. sec. 2679; 28 U.S.C. sec. 1346(b)(1)) addressed to the following:

　　US Attorneys Office
　　Attn: Civil-Process Clerk
　　700 Stewart Street, #5220
　　Seattle, WA 98101

---

CERTIFICATE OF SERVICE　　　　　　　　1　　　　　　BAILEY, DUSKIN & PEIFFLE, P.S.
Case No. 2:20-cv-00005-JCC　　　　　　　　　　　　　　P.O. Box 188, Arlington, WA 98223
(10942/BEN/lw)　　　　　　　　　　　　　　　　　　　　(360) 435-2168 Fax (360) 435-6060

1  I further certify that these documents were sent by certified mail, return receipt
2  requested. A copy of the signed return receipt is attached below

   Dated this 22nd day of January, 2020 at Arlington, Washington.

   /s/ Lisa White
   Lisa White
   Legal Assistant
   Email: lisa@snolaw.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorneys Office
   Attn: Civil Process Clerk
   700 Stewart St., #5220
   Seattle, WA 98101

   BEN/10942

   9590 9402 5334 9154 1362 28

2. Article Number (Transfer from service label)

   7019 0700 0001 6922 1384

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   M ALMOSREA

C. Date of Delivery
   1/7/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ail
   ☐ ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

CERTIFICATE OF SERVICE   2   **BAILEY, DUSKIN & PEIFFLE, P.S.**
Case No. 2:20-cv-00005-JCC       P.O. Box 188, Arlington, WA 98223
(10942/BEN/lw)                   (360) 435-2168 Fax (360) 435-6060