UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER K FINLAN,

                                    Plaintiff (s),

            v.

HERMAN MANUEL SEDILLO et al.,

                                    Defendant (s).

CASE NO.
2:20–cv–00005–JCC

CIVIL TRIAL SCHEDULING ORDER

   Pursuant to the parties' joint status report, the Court issues the following scheduling order. Case management dates are established as follows: 7 Day Estimate Jury Trial is set for November 1, 2021 at 9:30 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour. The proposed pretrial order is due by October 22, 2021. Trial briefs and proposed voir dire/jury instructions are due by October 28, 2021. Pleading amendments and third–party actions are due by March 1, 2021. The 39.1 Mediation shall be completed by June 21, 2021. The discovery cutoff is July 6, 2021, and the dispositive motion deadline is August 3, 2021.

   Jury instructions must be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the instructions to the chambers orders inbox at coughenourorders@wawd.uscourts.gov. Counsel are advised that the Court relies primarily upon the Ninth Circuit *Manual for Model Jury Instructions* to prepare final instructions for submission to the jury.

   Counsel are advised that this case is one of several cases set for the week described above. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel are directed to contact the Courtroom Deputy Clerk at gabriel_traber@wawd.uscourts.gov two to four weeks in advance of the trial date to inquire about the Court's calendar.

   Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the new A/V equipment now available in the courtroom. Training is held at 3:00 PM on the 1st and 3rd Wednesday of each month.

DATED:   August 31, 2020