Honorable John C. Coughenour
Noted for: October 16, 2020
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No.: 2:20-cv-00005-JCC<br><br>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFF |

COMES NOW attorney for Plaintiff, hereby files the within Motion for Leave to Withdraw as counsel for Plaintiff as follows:

## I.   RELIEF REQUESTED

An Order allowing attorney Bradley E. Neunzig to withdraw as attorney of record for Plaintiff.

## II.   STATEMENT OF FACTS.

Plaintiff has not maintained communication with the undersigned and fails to keep appointments set for him.  Plaintiff has informed the undersigned that he is unhappy with counsel's representation. The attorney-client relationship has been irretrievably broken

MOTION TO WITHDRAW AS ATTORNEY
Case No. 2:20-cv-00005-JCC
(10942 BEN/lw)

1

**BAILEY, DUSKIN & PEIFFLE, P.S.**
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060

and the undersigned is unable to continue representing plaintiff.  Plaintiff has been given notice of this motion.  Plaintiff's last known address and phone number are as follows:

> Alexander K. Finlan
> c/o Steve Finlan
> 526 N. West Ave., PMB #85
> Arlington, WA 98223
> Phone:  360-661-4592

### III. EVIDENCE RELIED UPON

This motion is based upon the records and files herein.

### IV.  CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court allow Bradley E. Neunzig to withdraw as attorney for Plaintiff.

Dated this 30th day of September, 2020.

BAILEY, DUSKIN & PEIFFLE, P.S.

By  /s/ Bradley E. Neunzig
   Bradley E. Neunzig, WSBA #22365
   Attorneys for Plaintiff

   103 North Street
   P.O. Box 188
   Arlington, WA  98223
   Telephone: 360-435-2168
   Fax:  360-435-6060
   Email:  brad@snolaw.com

MOTION TO WITHDRAW AS ATTORNEY
Case No. 2:20-cv-00005-JCC
(10942 BEN/lw)

2

**BAILEY, DUSKIN & PEIFFLE, P.S.**
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following:

<u>Attorneys for Defendant United States</u>:

Kristin B. Johnson
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Wa 98101-4438
Email:  Kristin.Johnson@usdoj.gov

A copy of the foregoing was sent to Plaintiff via regular mail, postage prepaid to the following address:

Alexander K. Finlan
c/o Steve Finlan
526 N. West Ave., PMB #85
Arlington, WA 98223

Dated this 30th day of September, 2020 at Arlington, Washington.

        /s/ Lisa White
Lisa White
Legal Assistant
Email:  lisa@snolaw.com

MOTION TO WITHDRAW AS ATTORNEY
Case No. 2:20-cv-00005-JCC
(10942 BEN/lw)

3

**BAILEY, DUSKIN & PEIFFLE, P.S.**
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060