THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN, | CASE NO. C20-0005-JCC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's counsel's unopposed motion to withdraw (Dkt. No. 22). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Local Civil Rule 83.2(b)(1) provides that attorneys will generally be permitted to withdraw provided they comply with the procedural requirements imposed by the Local Rules and they withdraw at least 60 days prior to the discovery cutoff. In this instance, because Plaintiff's counsel's withdrawal will leave Plaintiff unrepresented, Plaintiff's counsel's motion must include Plaintiff's address and telephone number and must be served on Plaintiff and opposing counsel. W. D. Wash. Local Civ. R. 83.2(b)(1).

Plaintiff's counsel's motion complies with all of these requirements. The motion contains Plaintiff's address and phone number, (*see* Dkt. No. 22 at 2), and Plaintiff's counsel served the motion on Plaintiff by mail, (*see id.* at 3), which is proper under Federal Rule of Civil Procedure

1   5(b)(2)(C). Plaintiff's counsel also served the motion on opposing counsel via the Court's

2   electronic filing system. (*See id.* at 3.) Neither Plaintiff nor opposing counsel has objected. The

3   discovery cutoff is July 6, 2021, (*see* Dkt. No. 21), so Plaintiff's counsel's motion is timely.

4         For the foregoing reasons, Plaintiff's counsel's motion to withdraw (Dkt. No. 22) is

5   GRANTED. The clerk is DIRECTED to mail a copy of this order to Plaintiff.

6         DATED this 19th day of October 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE