THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>HERMAN MANUEL SEDILLO,<br><br>  Defendant. | CASE NO. C20-0005-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case management deadlines by 120 days (Dkt. No. 23). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The seven-day jury trial is CONTINUED until February 28, 2022 at 9:30 a.m. The remaining deadlines in docket number 21 that have not yet passed are CONTINUED by 120 days.

DATED this 30th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0005-JCC
PAGE - 1