THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN,<br><br>          Plaintiff,<br><br>   v.<br><br>HERMAN MANUEL SEDILLO,<br><br>          Defendant. | CASE NO. C20-0005-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Trial in this matter is currently set for February 28, 2022. The dispositive motions deadline was December 1, 2021. (*See* Dkt. Nos. 21, 27.) To provide the Court adequate time to address pretrial issues the parties may raise, and to promote judicial economy, the Court ORDERS that (1) the proposed pretrial order is due January 28, 2022; (2) trial briefs, proposed voir dire/jury instructions are due January 31, 2022; and (3) motions in limine are due February 7, 2022.

DATED this 13th day of December 2021.

Ravi Subramanian<br>Clerk of Court<br><br>s/Sandra Rawski<br>Deputy Clerk

MINUTE ORDER
C20-0005-JCC
PAGE - 1