THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN, | CASE NO. C20-0005-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' July 2020 joint status report indicates that the parties were agreeable to mediation and planned to work together to schedule one. (Dkt. No. 19 at 4.) Accordingly, the Court set a Local Civil Rule 39.1 mediation deadline of June 21, 2021, which it subsequently continued to October 19, 2021. *See* (Dkt. Nos. 21 (setting initial deadline), 27 (continuing deadline by 120 days).) This deadline has passed.

It is thus ORDERED that within seven days of this minute order, the parties must either (1) cause to be filed the required notice under Local Civil Rule 39.1(c)(7); or (2) file a joint status report showing cause for their failure to hold the mediation, updating the Court on the possibility of settlement, and specifying whether the Court should set a new Local Civil Rule 39.1 deadline.

MINUTE ORDER
C20-0005-JCC
PAGE - 1

DATED this 20th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk