THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER K. FINLAN, | CASE NO. C20-0005-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Per the parties' joint status report and stipulation as to a report on settlement (Dkt. No. 30), it is hereby ORDERED that the parties have until January 14, 2022 to provide the Court a final status report on settlement. The report must also address whether the current trial date of February 28, 2022, may be stricken.

DATED this 28th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0005-JCC
PAGE - 1